UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO SANCHEZ DE TAGLE,

Plaintiff,

v.

OLIVIA MENDOZA,

Defendant.

Case No. 25-cv-09487-NW

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION WITHOUT PREJUDICE**

Re: ECF No. 7

On November 3, 2025, self-represented Plaintiff Orlando Sanchez de Tagle filed a complaint against Olivia Mendoza, asserting claims for (1) malicious prosecution; (2) invasion of privacy; (3) perjury; and (4) false statements. ECF Nos. 1, 2. Magistrate Judge Virginia DeMarchi granted Plaintiff's request to proceed in forma pauperis ("IFP") but, as part of the required screening under 28 U.S.C. § 1915(e), found his complaint deficient. ECF No. 2. Judge DeMarchi granted Mr. Sanchez de Tagle leave to file an amended complaint by December 1, 2025, to address the issues she identified. ECF No. 4.

Plaintiff did not file an amended complaint by the deadline set nor anytime thereafter. As a result, Judge DeMarchi issued a Report and Recommendation that the case be dismissed for failure to prosecute. *See* Report and Recommendation, ECF No. 7 ("R&R"). On December 11, 2025, the case was reassigned to the undersigned.

The Court has reviewed Judge DeMarchi's R&R. In accordance with Federal Rule of Civil Procedure 72, objections were due on or before December 26, 2025. No objections have been filed. The court finds the R&R correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court hereby ADOPTS the R&R in its entirety and dismisses Mr. de Tagle's case without further leave to amend.

United States District Court
Northern District of California

The Clerk of the Court is instructed to enter a final judgment in accordance with this order and close the file in this case.

**IT IS SO ORDERED.**

Dated:  February 9, 2026

Noël Wise
United States District Judge